IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


N. JOSEPH CALABAZA,
Petitioner,

v.                                                                                  No. CV 10-1207 JH/WDS

BILLY MASSINGILL, WARDEN
Regional Correctional Center

GEORGE ZOLEY, CHIEF EXECUTIVE OFFICER
GEO Group, Inc

&

PUEBLO OF KEWA
(Formerly known as the Pueblo of Santo Domingo)
&
PATRICIA BROKEN LEG-BRILL
BUREAU OF INDIAN AFFAIRS
INDIAN CORRECTIONS SPECIALIST,

Respondents.

## ORDER TO ANSWER

**THIS MATTER** is before the Court *sua sponte* under 28 U.S.C. § 2254 R.1(b), 4, and on Petitioner's Petition for Writ of Habeas Corpus for Relief from a Tribal Court Conviction Pursuant to 25 U.S.C. § 1303 [Doc. 1]. The Court has substituted the Governor, Pueblo of Kewa or Official, Kewa Pueblo Tribal Court (formerly known as the Pueblo of Santo Domingo) as the sole named Respondent in this proceeding. [Doc. 9.]  It appearing that the Petition is not subject to summary dismissal, the Court will order an answer.

    IT IS THEREFORE ORDERED that the clerk is directed to forward copies of this Order, of the Order Amending Caption [Doc. 9], and the Petition for Writ of Habeas Corpus for Relief from

a Tribal Court Conviction Pursuant to 25 U.S.C. § 1303 [Doc. 1] to the Governor of the Pueblo of Kewa Pueblo (formerly Santo Domingo Pueblo);

IT IS FURTHER ORDERED that Respondent shall answer Petitioner's Petition within twenty-one (21) days from entry of this Order.

_____
**W. Daniel Schneider**
**United States Magistrate Judge**